CFN 2008R0872353
OR Bk 26625 Pg 1456; (1ps)
RECORDED 10/27/2008 10:46:43
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

This instrument prepared by:
Robert Kahn, Esq.
1655 Drexel Ave., #200
Miami Beach, FL 33139

## ASSIGNMENT OF MORTGAGE

For Good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned:

Don Bailey Carpets, Inc., Profit Share Plan, William D. Bailey, Jr., whose address is: 8300 Biscayne Blvd., Miami, Fl 33138,           "Assignor"

The owner and holder of the Promissory Note and Mortgage from Hilda Allen recorded 6/17/05, in O.R. Book 23486 at pages 316-324 in the Public Records of Miami- Dade County, Florida
And as modified:
Mortgage Modification – in O.R. Book 26159 at pages 700-702 in the Public Records of

Hereby does convey, grant, assign, bargain, sell, assign, transfer and set over the above described mortgage and modifications, together with the certain promissory note described therein, with all liens and any rights due or to become due thereon, without recourse, to:

Jaime Gross, as Trustee under a Florida Land Trust Agreement dated 10/24/08

"Assignee"

The said Mortgaged property being legally described as:

Lots 15 and 16, Block 3, SHORE CREST, according to the Plat thereof, as recorded in Plat Book 10 at Page 23, of the Public Records of Miami-Dade County, Florida.

Property address: 8211 and 8217 Biscayne Blvd., Miami, Fl 33138

Folio No.: 01-3207-016-0520 & 01-3207-016-0530

Assignor:

Don Bailey Carpets, Inc., Profit Share Plan

By: William D. Bailey, Jr., Trustee

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 24th day of October, 2008, by William D. Bailey, Jr., Trustee, Don Bailey Carpets, Inc., Profit Share Plan, who is personally known to me, or has produced the following as identification:

[      ]

ROBERT KAHN
MY COMMISSION # DD 564379
EXPIRES: June 16, 2010
Bonded Thru Budget Notary Services

Notary Public - State of Florida

Dbcpsp gross assign mortgage